**WESTERN WHEELED SCRAPER COMPANY v. Honorable Harry B. ANDERSON, Judge of the District Court of the United States for the Western District of Tennessee.**

No. 6738.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1934.

Brown, Jackson, Boettcher & Dienner, of Chicago, Ill., for petitioner.

Brockett, Hyde, Higley & Meyer, of Cleveland, Ohio, for respondent.

PER CURIAM.

Petition for writ of mandamus dismissed.

---

**William H. WILSON v. John J. DONAHUE, Administrator of the Estate of Denis J. Meagher, Deceased.**

No. 6754.

Circuit Court of Appeals, Sixth Circuit.
April 10, 1934.

Harry L. Wickey and E. Dean Alexander, both of Detroit, Mich., for appellant.

Arthur J. Kinnane, of Bay City, Mich., for appellee.

PER CURIAM.

Docketed and dismissed upon motion of appellee.

---

**Henry W. WORTHAM, Appellant, v. UNITED STATES of America.**

No. 9989.

Circuit Court of Appeals, Eighth Circuit.
April 16, 1934.

R. J. Schroeder, of St. Louis, Mo., for appellant.

George C. Dyer, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.